# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-1411
LT Case No. 2020-CA-003058

_____

BRYAN WALTERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Michael S. Sharrit, Judge.

Bryan Walters, Jacksonville, pro se.

No Appearance for Appellee.

October 20, 2023

PER CURIAM.

Having carefully considered Appellant's Response, filed October 5, 2023, and finding it fails to show cause why sanctions should not be imposed, we conclude that Appellant is abusing the judicial process and should be barred from further pro se filings concerning Duval County Circuit Court Case No. 2020-CA-003058. Therefore, in order to conserve judicial resources, Appellant is prohibited from filing with this Court any further pro se filings concerning Duval County Circuit Court Case No. 2020-CA-003058.

The Clerk of this Court is directed not to accept any further pro se filings regarding the referenced case. Any future filings regarding the referenced case will be summarily rejected by the Clerk, unless filed by a member in good standing of The Florida Bar.

FURTHER PRO SE FILINGS PROHIBITED.


EDWARDS, C.J., JAY and PRATT, JJ., concur.